## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **ELLENBY TECHNOLOGIES, INC.,** | |
| **Plaintiff,** | **Civil Action No. 4:16-cv-357** |
| **v.** | **JURY TRIAL DEMANDED** |
| **TIDEL ENGINEERING, L.P.,** | |
| **Defendant.** | |

## JOINT MOTION TO EXTEND DEADLINE FOR
## RULE 26(F) REPORT AND PROPOSED CASE MANAGEMENT ORDERS

In compliance with the Court's recent Order Governing Proceedings (Dkt. No. 15), Plaintiff Ellenby Technologies, Inc. ("Ellenby") and Defendant Tidel Engineering, L.P. ("Tidel") held their Federal Rule of Civil Procedure 26(f) attorney conference prior to September 6, 2016. The parties, however, are still in the process of meeting-and-conferring on proposals for a Scheduling Order, ESI Protocol, and Protective Order.  To facilitate this process and reduce the number of potential disputes before the Court at the upcoming Rule 26 Conference, the parties jointly move for a brief extension to submit their Rule 26(f) report and proposed case management orders up to and including September 27, 2016.

A proposed order is attached for the Court's convenience.

Dated: September 20, 2016

Respectfully submitted,

**FISH & RICHARDSON P.C.**

*/s/ Michael A. Bittner*
Thomas M. Melsheimer
Texas Bar No. 13922550
melsheimer@fr.com
Michael A. Bittner
Texas Bar No. 24064905
bittner@fr.com
James Youngkwang Wang
Texas Bar No. 24084042
wang@fr.com
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

**COUNSEL FOR PLAINTIFF**
**ELLENBY TECHNOLOGIES, INC.**

*s/ Robert W. Ashbrook Jr. (with permission)*
Martin J. Black
Robert W. Ashbrook Jr. (*pro hac* vice)
Dechert LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104
martin.black@dechert.com
robert.ashbrook@dechert.com
Telephone:  (215) 994-4000
Facsimile:  (215) 994-2222

Jeffrey B. Plies, Texas Bar no. 24027621
Dechert LLP
300 W. 6th Street, Suite 2010
Austin, TX  78701
(512) 394-3000

**Attorneys for Defendant Tidel Engineering,**
**L.P**.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 20, 2016, to all opposing counsel of record.

*/s/ Michael A. Bittner*
Michael A. Bittner